JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH WAGENFELD,<br>    Plaintiff,<br>    v.<br>M15 CONCERT BAR & GRILL, LLC, et al.,<br>    Defendants. | **Case No. EDCV 16-1012-MWF (SPx)**<br><br>**JUDGMENT** |

This action was disposed of in an order granting summary judgment to Plaintiff Jeremiah Wagenfeld. (*See* Order Granting Plaintiff's Motion for Summary Judgment, dated May 1, 2017 (Docket No. 33). Plaintiff was represented by Mark Potter and Michelle Uzeta, of the Center for Disability Access. Defendant was represented by Rick Blake of Blake and Ayaz ALC.

The Court granted Plaintiff Jeremiah Wagenfeld's motion for summary judgment as to all claims.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On the claim for violation of the Americans with Disabilities Act of 1990*, 42 U.S.C. §§ 12101 *et seq.*: Judgment is entered in favor of Plaintiff Jeremiah Wagenfeld and against Defendant M15 Concert Bar & Grill, LLC. The Americans with Disabilities Act entitles claimants only to injunctive relief. Accordingly, the Court **ORDERS** as follows:

    a. Defendant M15 Concert Bar & Grill, LLC is **ORDERED** to provide an accessible route of travel between the accessible parking space and the entrance to the facility. 1991 Standards for Accessible Design § 4.6.2; 2010 Standards for Accessible Design § 208.3.1.

    b. Defendant M15 Concert Bar & Grill, LLC, is **ORDERED** to provide an accessible parking space for its store. 1991 Standards §§ 4.6.2; 2010 Standards §§ 208, 502.4.

    c. Defendant M15 Concert Bar & Grill, LLC is **ORDERED** to provide an accessible elevator to allow for disabled access to the loge seating section. 28 C.F.R. § 36.211(a).

    d. Defendant M15 Concert Bar & Grill, LLC is **ORDERED** to provide a website that provides materials, such as seating maps, plans, brochures, pricing charts, or other information, that identify accessible seating and information relevant thereto with the same text or visual representations as other seats. 28 C.F.R. § 36.302(f)(2)(iii).

    e. Defendant M15 Concert Bar & Grill, LLC, is **ORDERED** to provide an accessible restroom in its facility. 1991 Standards § 10.3.1; 2010 Standards § 404.2.10.

2. *On the claim for violation of the Unruh Civil Rights Act*, California Civil Code section 51(f): Plaintiff Jeremiah Wagenfeld is awarded

against Defendant M15 Concert Bar & Grill, LLC, and Plaintiff Jeremiah Wagenfeld shall take three statutory penalties, each in the amount of $4,000, for a total of $12,000, pursuant to California Civil Code section 55.56.

Plaintiff Jeremiah Wagenfeld is further awarded his attorneys' fees and costs as provided by law.

Dated: May 2, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge